IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CENTURY SERVICES LP,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 09-343-CG-B** |
| | ) | |
| **TUG KAY LYNNE HANNAH** | ) | **IN REM** |
| **(Ex RIO BRAVO),** | ) | |
| | ) | |
|     **Defendant.** | ) | |

## DEFAULT JUDGMENT AGAINST THE
## TUG KAY LYNNE HANNAH (EX RIO BRAVO)

This action came on the motion of the Plaintiff Century Services LP for a default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and the Defendant Tug KAY LYNNE HANNAH (Ex RIO BRAVO) having been duly served with the summons and complaint and not being an infant or an unrepresented incompetent person and having failed to plead or otherwise defend, and its default having been duly entered upon the request of the Plaintiff, Defendant having taken no proceeding since such default was entered, the Plaintiff has provided proof of its damages in the amount of a sum certain, it is hereby

**ORDERED, ADJUDGED, and DECREED** that judgment be entered against the Defendant, Tug KAY LYNNE HANNAH (Ex RIO BRAVO), in the amount of $16,884,508.67, plus interest accruing after October 15, 2009 at the rate of $4,079.96 per day in liquidated damages, court costs in accordance with SD ALA LR 54.1, and attorney fees in accordance with SD ALA LR 54.3.

**DONE and ORDERED** this 23rd day of October 2009.

                                                          /s/ Callie V. S. Granade
                                                      CHIEF UNITED STATES DISTRICT JUDGE